1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8267
2  SCOTT R. LACHMAN ESQ.
   Nevada Bar No. 12016
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: scott.lachman@akerman.com

7  *Attorneys for The Bank of New York Mellon, FKA
   The Bank of New York Successor Trustee to
8  JPMorgan Chase Bank, N.A., as Trustee for the
   Holders of Bear Sterns ALT-A Trust 2006-1,
9  Mortgage Pass-Through Certificates, Series
   2006-1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF BEAR STERNS ALT-A TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1, <br><br> Plaintiff, <br><br> v. <br><br> CARMEL CANYON HOMEOWNERS ASSOCIATION; 5852 PONDEROSA VERDE TRUST; AND G&P ENTERPRISES NEVADA, LLC dba ALLIED TRUSTEE SERVICES, <br><br> Defendants. | Case No.: 2:16-cv-01099-APG-BNW <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that The Bank of New York Mellon, FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Holders of Bear Sterns ALT-A Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1, hereby provides notice that Thera A. Cooper, Esq., is no longer associated with the law firm of Akerman LLP.

///

49545407;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Akerman LLP continues to serve as counsel for The Bank of New York Mellon, FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Holders of Bear Sterns ALT-A Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1 in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., and Scott R. Lachman, Esq.

DATED this 12th day of August, 2019.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon, FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Holders of Bear Sterns ALT-A Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: August 14, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2

49545407;1