1  LIPSON NEILSON P.C.
   J. WILLIAM EBERT, ESQ.
2  Nevada Bar No. 2697
   AMBER M. WILLIAMS, ESQ.
3  Nevada Bar No. 12301
4  9900 Covington Cross Drive, Suite 120
   Las Vegas, Nevada 89144
5  (702) 382-1500 - Telephone
   (702) 382-1512 – Facsimile
6  bebert@lipsonneilson.com
7  awilliams@lipsonneilson.com

8  *Attorneys for Carmel Canyon
   Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF BEAR STEARNS ALT-A TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1,<br><br>Plaintiff,<br><br>vs.<br><br>CARMEL CANYON HOMEOWNERS ASSOCIATION; 5852 PONDEROSA VERDE TRUST; AND G&P ENTERPRISES NEVADA LLC dba ALLIED TRUSTEE SERVICES,<br><br>Defendants. | CASE NO.: 2:16-cv-01099-APG-BNW<br><br>**STIPULATION AND ORDER BETWEEN CARMEL CANYON HOMEOWNERS ASSOCIATION AND THE BANK OF NEW YORK MELLON TO EXTEND BRIEFING DEADLINES ON THE HOA'S PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND & THIRD CAUSES OF ACTION**<br><br>**(FIRST REQUEST)** |

Defendant CARMEL CANYON HOMEOWNERS ASSOCIATION ("HOA") and Plaintiff THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF BEAR STEARNS ALT-A TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1's ("Plaintiff") hereby stipulate and agree as follows:

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
TEL.: (702) 382-1500 | FAX: (702) 382-1512

1. On November 6, 2019, the HOA filed a Partial Motion to Dismiss Plaintiff's Second and Third Causes of Action [Dkt. No. 40] ("Motion").

2. Responses to the Motion are presently due on November 20, 2019.

3. The HOA's reply is due on December 4, 2019.

4. The parties wish to attempt settlement discussions and desire to avoid expending unnecessary attorneys' fees and costs during settlement discussions. Thus, the parties desire to extend the briefing deadlines by two (2) weeks on the HOA's pending Motion to facilitate settlement discussions.

IT IS HEREBY AGREED AND STIPULATED, that in order to facilitate settlement discussions, the time for Plaintiff to file its response to the HOA's Motion should be continued from November 20, 2019 to December 4, 2019.

IT IS FURTHER STIPULATED AND AGREED that the HOA will have up to and including January 18, 2020, in which to file its reply brief. This request is made in good faith and not for purposes of delay.

DATED this 20th day of November, 2019.  DATED this 20th day of November, 2019.

LIPSON NEILSON P.C.  AKERMAN LLP

*/s/ Amber M. Williams*  */s/ Scott R. Lachman*

_____  _____
J. William Ebert, Esq. (Bar No. 2697)  Ariel E. Stern, Esq. (Bar No. 8627)
Amber M. Williams, Esq. (Bar No. 12301)  Scott R. Lachman, Esq. (Bar No. 12016)
9900 Covington Cross Drive, Suite 120  1635 Village Center Circle, Suite 200
Las Vegas, NV 89144  Las Vegas, Nevada 89134
*Attorneys for Carmel Canyon*  *Attorneys for The Bank of New York Mellon*
*Homeowners Association*

**ORDER**

IT IS SO ORDERED.

DATED: November 20, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE