ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for The Bank of New York Mellon, fka The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Holders of Bear Sterns ALT-A Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF BEAR STERNS ALT-A TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1,<br><br>Plaintiff,<br><br>v.<br><br>CARMEL CANYON HOMEOWNERS ASSOCIATION; 5852 PONDEROSA VERDE TRUST; AND G&P ENTERPRISES NEVADA, LLC dba ALLIED TRUSTEE SERVICES,<br><br>Defendants. | Case No.: 2:16-cv-01099-APG-BNW<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST CARMEL CANYON HOMEOWNERS ASSOCIATION** |

The Bank of New York Mellon, fka The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Holders of Bear Sterns ALT-A Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1 (**BoNYM**), G&P Enterprises Nevada, LLC dba Allied Trustee Services (**Allied**), and Carmel Canyon Homeowners Association (**Carmel Canyon**), stipulate as follows:

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1.      This matter relates to real property located at 5852 Ponderosa Verde Place, Las Vegas, Nevada 89131, APN 125-01-412-022 (the **Property**).

2.      BoNYM is the beneficiary of record of a deed of trust recorded against the Property with the Clark County Recorder on August 25, 2005, as Instrument No. 20050825-0004567 (the **Deed of Trust**), executed by Abelardo Salas and Irma Salas to secure a promissory note in the principal amount of $387,475.

3.      On November 17, 2011, Carmel Canyon recorded a foreclosure deed with the Clark County Recorder, as Instrument No. 201111170003574 (the **HOA Foreclosure Deed**), reflecting that Carmel Canyon acquired the Property at a foreclosure sale of the Property held on October 21, 2011 (the **HOA Foreclosure Sale**).

4.      On November 18, 2011, Carmel Canyon transferred its interest in the Property to 5852 Ponderosa Verde Trust (**Ponderosa Trust**) via quitclaim deed recorded with the Clark County Recorder as Instrument No. 201111180003253.

5.      On May 17, 2016, BoNYM initiated a quiet title action related to the Property in the United States District Court for the District of Nevada, Case No. 2:16-cv-01099 (the **Quiet Title Action**).

6.      BoNYM, Allied, and Carmel Canyon have entered into a confidential settlement agreement in which they have settled all claims between them in this case.

7.      Among other things in the settlement agreement, Carmel Canyon agrees it no longer has an interest in the Property for purposes of the Quiet Title Action *vis a vis* the Deed of Trust. This disclaimer of interest does not apply to the continuing encumbrance of Carmel Canyon's declaration of covenants, conditions and restrictions, any governing documents adopted thereunder, easements, servitudes, or other interests on the Property.  Allied and Carmel Canyon agree they will take no position in this action or in any subsequent action regarding whether the Deed of Trust survived the HOA Foreclosure Sale. The Parties agree that as between BoNYM, Allied and Carmel Canyon, title to the Property is quieted in BoNYM's favor. This stipulation shall apply to this action only and has no application to any other action involving the Parties.

///

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

53042568;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

8.    Among other things in the settlement agreement, Allied and Carmel Canyon will not take any position on BoNYM's right to seek relief against the non-settling Parties, including but not limited to Ponderosa Trust, related to its remaining claims in the Quiet Title Action.  BoNYM does not admit the Deed of Trust was extinguished, and any consideration exchanged in exchange for the dismissal of the claims against Carmel Canyon and Allied is not intended to be compensation for any loss of the Deed of Trust, but instead compensates for fees and costs BoNYM incurred litigating the propriety and effect of Carmel Canyon's sale and related conduct.

9.    BoNYM, Allied, and Carmel Canyon further stipulate and agree all claims between them are dismissed with prejudice, with each party to bear its own attorney's fees and costs.

DATED this 6th day of August, 2020.

| AKERMAN LLP | LIPSON NEILSON, P.C. |
|---|---|
| /s/ Scott R. Lachman | /s/ Amber M. Williams |
| ARIEL E. STERN, ESQ. | J. WILLIAM EBERT, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 2697 |
| SCOTT R. LACHMAN, ESQ. | AMBER M. WILLIAMS, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 12301 |
| 1635 Village Center Circle, Suite 200 | 9900 Covington Cross Drive, Suite 120 |
| Las Vegas, NV 89134 | Las Vegas, Nevada 89144 |
| *Attorneys for The Bank of New York Mellon, fka The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Holders of Bear Sterns ALT-A Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1* | *Attorneys for Carmel Canyon Homeowners Association and G&P Enterprises Nevada, LLC dba Allied Trustee Services* |

IT IS SO ORDERED.
IT IS FURTHER ORDERED that defendant Carmel Canyon's motion to dismiss (**ECF No. 40) is DENIED as moot**.

**UNITED STATES DISTRICT JUDGE**

DATED:  August 6, 2020

53042568;1