# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No.: 2:16-cv-01099-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| CARMEL CANYON HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

As I stated in my prior order, plaintiff Bank of New York Mellon's damages claims against G&P Enterprises Nevada, LLC remain pending. ECF No. 58. The proposed joint pretrial order is now overdue.

I THEREFORE ORDER that by November 30, 2020, the remaining parties shall file a proposed joint pretrial order on the pending claims. Failure to comply will result in dismissal of those claims with prejudice.

DATED this 12th day of November, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE