UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No.: 2:16-cv-01099-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| CARMEL CANYON HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

Plaintiff Bank of New York Mellon has voluntarily dismissed its claims against G&P Enterprises Nevada, LLC. ECF No. 61.  Because those were the only remaining claims, entry of final judgment is now appropriate.

I THEREFORE ORDER the clerk of court to enter final judgment consistent with my prior order (ECF No. 58) and to close this case.

DATED this 1st day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE